GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for RODENAS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.: 2:16-cr-00066-GMN-EJY-1<br>) |
| ARMANDO RODENAS, | ) STIPULATION TO CONTINUE<br>) REVOCATION HEARING<br>) |
| Defendant. | ) (FIRST REQUEST)<br>) |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS HEREBY STIPULATED AND AGREED, by and between the defendant ARMANDO RODENAS through his attorney GABRIEL L. GRASSO, ESQ., and the United States of America, through BIANCA R. PUCCI ESQ., Assistant United States Attorney, that the revocation hearing currently scheduled for November 14, 2019, at 3:30 p.m., be vacated and continued to a date and time convenient to this court, but no event earlier than 60 days.

Pursuant to General Order No. 2007-04, this stipulation is entered and based upon the following:

1. RODENAS is currently set for Revocation Hearing on Thursday, November 14, 2019.
2. RODENAS is out of custody on Supervised Release and does not oppose to the continuance.
3. The defense requests this continuance of the Supervised Release violation hearing in order to move forward with its own separate forensic examination of

the subject phone in one of the violation allegations. This is required in order for the defense to complete the investigation into the discovery materials.

4. The parties agree to the continuance.
5. Denial of this request for continuance would deny the defense sufficient time to be able to assist in defendant's revocation hearing.
6. Due to scheduling concerns, both parties request the violation hearing be set sometime during January, 2020 on a date convenient to the Court.
7. This is the first request for a continuance of the revocation hearing in this case.

DATED this 11th day of October, 2019.

RESPECTFULLY SUBMITTED BY:

 /s/ Bianca R. Pucci  
BIANCA R. PUCCI  
Assistant United States Attorney

 /s/ Gabriel L. Grasso  
GABRIEL L. GRASSO  
Attorney for RODENAS

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for RODENAS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> ARMANDO RODENAS, </br></br> Defendant. | Case No.: 2:16-cr-00066-GMN-EJY-1 </br></br> STIPULATION TO CONTINUE REVOCATION HEARING </br></br> (FIRST REQUEST) |

## **FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. The defense requests this continuance of the Supervised Release violation hearing in order to move forward with its own separate forensic examination of the subject phone in one of the violation allegations. This is required in order for the defense to complete the investigation into the discovery materials.
2. The parties agree to the continuance.

///
///

3

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein sufficient time an opportunity within which to be able to effectively and thoroughly prepare for the violation hearing, taking into account the exercise of due diligence.

Additionally, denial of this request for continuance would result in a miscarriage of justice.

## **ORDER**

**IT IS ORDERED** that the revocation hearing currently scheduled for November 14, 2019, at 3:30 p.m., be vacated and continued to January 23, 2020, at at the hour 10:30 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 17, 2019