# United States District Court
# for
# the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**July 9, 2021**

Name of Offender: **Armando Rodenas**

Case Number: **2:16CR00066**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **October 6, 2016**

Original Offense: **Possession of Child Pornography**

Original Sentence: **37 Months prison, followed by 300 Months TSR.**

Date Supervision Commenced: **September 5, 2018**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

## CAUSE

On October 6, 2016, Armando Rodenas was sentenced to a term of 37-months custody in the Bureau of Prisons, followed by 25 years supervised release for committing the offense of Possession of Child Pornography. On November 12, 2019, Rodenas first term of supervised release was revoked for violating his supervision conditions and he was sentenced to 24 months custody followed by 276 months of supervised release. Rodenas is set to commence his term of supervised release in the District of Nevada on July 23, 2021.

Rodenas is currently residing at the Las Vegas Residential Reentry Center prior to his release, however he does not have a residential plan for his release; therefore, he will be homeless. Rodenas is currently employed and is attempting to save money to secure his own personal residence. This officer respectfully requests Rodenas be allowed to reside at the RRC for a term of up to 120-days to address his housing situation. Rodenas has agreed to the modification and

# RE: Armando Rodenas

Prob12B
D/NV Form
Rev. June 2014

was presented with the Probation Form 49, Waiver of Hearing to modify Conditions of Supervised Release and a copy has been attached for Your Honor's review.

The probation office would further request that Your Honor waive any subsistence fees as this will allow Rodenas to save money quicker, which will facilitate his ability to secure personal housing.

Respectfully submitted,

*Donnette Johnson*
Donnette Johnson
2021.07.13 17:47:31 -07'00'

Donnette Johnson
Senior United States Probation Officer

Approved:

*Benjamin Johnson*
Digitally signed by Ben Johnson
Date: 2021.07.13 17:44:05 -07'00'

Benjamin Johnson
Supervisory United States Probation Officer

### THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

July 15, 2021
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

Witness _____  Signed _____
        U.S. Probation Officer                                         Probationer or Supervised Releasee

                              7 12 21
                                Date